**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF OREGON**

| | |
|---|---|
| **JAMES M. RICKHER**, | Case No. 3:26-cv-00569-AR |
| Plaintiff, | **ORDER** |
| v. | |
| **MEGAN SULLIVAN**, *in her official capacity as Acting Chief, Office of Design Management, United States Mint*, and **SCOTT BESSENT,** *in his official capacity as Secretary of the Treasury*, | |
| Defendants. | |

**IMMERGUT, District Judge.**

This Court is in receipt of Plaintiff's Notice, ECF 14. Plaintiff's motion to withdraw his

Motion for Preliminary Injunction ("Original PI Motion"), ECF 4, is GRANTED. Plaintiff's

First Amended Preliminary Injunction Motion ("First Amended PI Motion"), ECF 6, will

supersede the Original PI Motion in this action.

PAGE 1 – ORDER

For this Court to promptly set a briefing schedule, Plaintiff must immediately serve all parties in accordance with the Federal Rules of Civil Procedure ("FRCP"). Plaintiff is responsible for serving the summons, his amended complaint, his amended preliminary injunction motion, and this Order on all parties. Plaintiff's Proof of Service, ECF 10, does not demonstrate service on the United States in accordance with FRCP 4(i)(1)–(2).[1]

Upon service, Defendants are ORDERED to confer with Plaintiff and enter their appearances in this action. The parties are further ORDERED to provide this Court with a proposed briefing schedule on Plaintiff's First Amended Preliminary Injunction Motion within seven (7) days of Defendants receiving service.

---

[1] Federal Rule of Civil Procedure 4:

(i) Serving the United States and Its Agencies, Corporations, Officers, or Employees.

(1) *United States.* To serve the United States, a party must:

(A)(i) deliver a copy of the summons and of the complaint to the United States attorney for the district where the action is brought—or to an assistant United States attorney or clerical employee whom the United States attorney designates in a writing filed with the court clerk—or

(ii) send a copy of each by registered or certified mail to the civil-process clerk at the United States attorney's office;

(B) send a copy of each by registered or certified mail to the Attorney General of the United States at Washington, D.C.; and

(C) if the action challenges an order of a nonparty agency or officer of the United States, send a copy of each by registered or certified mail to the agency or officer.

(2) *Agency; Corporation; Officer or Employee Sued in an Official Capacity.* To serve a United States agency or corporation, or a United States officer or employee sued only in an official capacity, a party must serve the United States and also send a copy of the summons and of the complaint by registered or certified mail to the agency, corporation, officer, or employee.

PAGE 2 – ORDER

**IT IS SO ORDERED.**

DATED this 10th day of April, 2026.

/s/ Karin J. Immergut
Karin J. Immergut
United States District Judge

PAGE 3 – ORDER