FILED29 APR '26 12:31USDC-ORP

James M. Rickher, Pro Se
5161 SW Cameron Rd.
Portland, OR 97221
(510) 418-3996
rickher.james@gmail.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
## PORTLAND DIVISION

**JAMES M. RICKHER,**

    Plaintiff,

v.

                        **Case No. 3:26-cv-00569-AR**

**MEGAN SULLIVAN**, Acting Chief, Office of
Design Management, United States Mint; and
**SCOTT BESSENT**, Secretary of the Treasury,

    Defendants.

## NOTICE OF COMPLETION OF SERVICE OF PROCESS

Plaintiff James M. Rickher hereby notifies the Court that service of process has been completed upon all Defendants and upon the United States in accordance with Federal Rule of Civil Procedure 4(i) and this Court's Order of April 10. 2026 (ECF No. 15) and April 28, 2026 (ECF No. 17).

### I.  COMPLETION OF SERVICE UPON DEFENDANTS

Defendant **Megan Sullivan**, Acting Chief, Office of Design Management, United States Mint, was served by Priority Mail Express with Adult Signature Required at the United States Mint Headquarters, 801 9th Street NW, Washington, DC 20220. USPS Tracking No. 9571 1066 8096 6105 5594 38 with delivery was confirmed on April 21, 2026.

Defendant **Scott Bessent**, Secretary of the Treasury, was served by Priority Mail Express with Adult Signature Required at the United States Department of the Treasury, 1500 Pennsylvania Avenue NW, Washington, DC 20220. USPS Tracking No. 9571 1066 8096 6105 5594 45. Delivery was confirmed on April 21, 2026.

## II. SERVICE UPON THE UNITED STATES ATTORNEY, DISTRICT OF OREGON

In accordance with FRCP 4(i)(1)(A) and this Court's Order of April 28, 2026 (ECF No. 17), the summons, First Amended Complaint, First Amended Motion for Preliminary Injunction, and this Court's Order of April 10, 2026 (ECF No. 15) were delivered to the Office of the United States Attorney for the District of Oregon, 1000 SW Third Avenue, Suite 600, Portland, Oregon 97204. Service was completed by hand delivery to reception/front desk staff on April 29, 2026 by James Rickher and received by ___ J. CARTER . _____.

Respectfully submitted,

James M. Rickher, Pro Se
5161 SW Cameron Rd.
Portland, OR 97221
(510) 418-3996
rickher.james@gmail.com

Dated: April 29, 2026