**BRETT A. SHUMATE**
Assistant Attorney General
Civil Division
**ERIC J. HAMILTON**
Deputy Assistant Attorney General
**STEPHEN M. ELLIOTT**
Assistant Branch Director
**KATHRYN BARRAGAN (D.C. Bar No. 90026294)**
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 598-7696
Email: kathryn.e.barragan@usdoj.gov
*Counsel for Defendants*

### UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| **JAMES M. RICKHER,** | **Case No. 3:26-cv-00569-AR** |
| Plaintiff, | |
| v. | **JOINT MOTION FOR CLARIFICATION OF MAY 7, 2026 SCHEDULING ORDER** |
| **MEGAN SULLIVAN**, *et al.*, | |
| Defendants. | |

**Page 1      JOINT MOTION FOR CLARIFICATION OF ORDER**

The Parties, by and through their undersigned counsel, respectfully submit this joint motion regarding Defendants' deadline to respond to the amended complaint. *See* ECF No. 7.

1.    On May 6, 2026, the Parties filed a joint proposed schedule pursuant to the Court's April 10, 2026 Order. *See* ECF No. 21. In the parties' proposed scheduling submission, the parties stipulated that Defendants' obligation to respond to the amended complaint would be stayed until 21 days after the Court's ruling on Plaintiff's amended motion for a preliminary injunction. *See id.* at ¶ 7.

2.    On May 7, 2026, the Court entered a Scheduling Order that established the briefing schedule for the preliminary injunction motion. *See* ECF No. 22. The Parties will comply with the deadlines set forth in the Court's Order.

3.    The Court's May 7, 2026 Order did not expressly address the parties' stipulation regarding Defendants' responsive pleading deadline. Accordingly, the parties respectfully request clarification as to whether the stipulated stay remains in effect. Alternatively, to the extent necessary, the parties jointly request that Defendants' deadline to respond to the amended complaint be stayed until 21 days after the Court issues its order on Plaintiff's motion for preliminary injunction.

Dated: May 8, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

**Page 2        JOINT MOTION FOR CLARIFICATION OF ORDER**

ERIC J. HAMILTON
Deputy Assistant Attorney General

STEPHEN M. ELLIOTT
Assistant Branch Director

*/s/ Kathryn Barragan*
KATHRYN BARRAGAN
D.C. Bar No. 90026294
Trial Attorney
U.S. Department of Justice
Civil Division
Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 598-7696
Email: Kathryn.e.barragan@usdoj.gov

*Counsel for Defendants*


*/s/  James M. Rickher*
James M. Rickher
Plaintiff, Pro Se
5161 SW Cameron Rd.
Portland, OR 97221
(510) 418-3996
Rickher.james@gmail.com

**Page 3      JOINT MOTION FOR CLARIFICATION OF ORDER**