James M. Rickher
5161 SW Cameron Rd.
Portland, OR 97221
Tel: (510) 418-3996
Email: rickher.james@gmail.com
Plaintiff, Pro Se

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION**

JAMES M. RICKHER,
Plaintiff,
v.
MEGAN SULLIVAN, in her official
capacity as Acting Chief, Office of
Design Management, et al.
Defendants.

Case No. 3:26-cv-00569-IM

**NOTICE OF VOLUNTARY
DISMISSAL WITHOUT
PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff James M. Rickher, proceeding

pro se, hereby gives notice of the voluntary dismissal of this action, without prejudice. As of the

date of this filing, no Defendant has served either an answer to the Amended Complaint (ECF No.

7) or a motion for summary judgment.

This dismissal is without prejudice and is Plaintiff's first dismissal of any claim asserted in this

action. Accordingly, this notice does not operate as an adjudication on the merits under Rule

41(a)(1)(B).

Dated: July 20, 2026

/s/ James M. Rickher
James M. Rickher